Shivanand Maharaj
646-513-2506
smah@fastmail.com

July 7, 2026

The Honorable Brian R. Martinotti
United States District Judge
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

Re: *United States v. Shivanand Maharaj*, Case No. 2:25-cr-00047 (BRM)

Dear Judge Martinotti:

I respectfully submit this letter to renew my motion for early termination of supervised release pursuant to 18 U.S.C. § 3583(e)(1), following the July 2, 2026 order of the Honorable John G. Koeltl of the Southern District of New York denying my original motion without prejudice to renewal in this District. Attached are Judge Koeltl's July 2, 2026 order (Exhibit A), my original motion of April 2, 2026 (Exhibit B), and the Government's response of July 1, 2026 (Exhibit C).

By way of background: I was sentenced in the Southern District of New York in *United States v. Maharaj*, 17-cr-169-2 (JGK). I was released from the custody of the Bureau of Prisons on October 2, 2024, and began a 36-month term of supervised release. On January 16, 2025, the sentencing court ordered that jurisdiction over my supervision be transferred to this District, and this Court accepted jurisdiction on January 27, 2025. On April 2, 2026, I moved the sentencing court for early termination. The Government responded on July 1, 2026, arguing that the motion should be decided in this District. On July 2, 2026, Judge Koeltl denied the motion without prejudice to renewal here. This letter is that renewal.

On April 1, 2026, the day before my original filing, my Probation Office advised me that it would not be opposed to early termination. On June 1, 2026, the office confirmed in person that it has no objection. I understand the Court will receive Probation's formal position directly. On July 6, 2026, I notified my Probation Office that I would renew my request here in the District of New Jersey.

Under 18 U.S.C. § 3583(e)(1), the Court may terminate the remaining term of supervised release after one year of supervision if, after considering the relevant factors set forth in 18 U.S.C. § 3553(a), it is satisfied that termination is warranted by the conduct of the defendant and the interest of justice. The Third Circuit has held that no exceptional circumstances are required; the statute's plain terms govern. *United States v. Melvin*, 978 F.3d 49, 52-53 (3d Cir. 2020).

Consistent with the statute, USSG § 5D1.4(b), effective November 1, 2025, contemplates early termination following an individualized assessment of the need for ongoing supervision and consultation with the Government and the probation officer. The Probation Office has been consulted, as described above, and the Government will have full opportunity to be heard on this renewed motion.

The record satisfies the statute. I have completed more than 21 months of my 36-month term, well beyond the one-year statutory threshold, without a single violation of any condition. I have reported as required, complied fully with all conditions ordered by the sentencing court, and maintained all obligations under my supervision agreement. The need to protect the public and to afford deterrence, § 3553(a)(2)(B)-(C), has been served: on June 16, 2026, my Probation Office advised me that my case was being transferred to the lower monitoring caseload due to my compliance with my conditions, reflecting a demonstrated reduction in risk level. I am employed, with no need for further correctional treatment or programming, § 3553(a)(2)(D).

On restitution: termination of supervised release does not extinguish an order of restitution. My liability and the Government's enforcement mechanisms survive termination in full, *see* 18 U.S.C. § 3613, and my payment obligation continues on the same schedule regardless of the outcome of this motion. I have remained current on that obligation, paying 15% of my income on the first of each month with receipts provided directly to Probation the same day, most recently on July 1, 2026. Supervision adds nothing to the collection of restitution.

For these reasons, I respectfully request that the Court grant early termination of my supervised release.

I thank the Court for its consideration.

Respectfully,

Shivanand Maharaj
800 Kinderkamack Rd, Unit 100S,
Oradell, NJ 07649
*Pro Se*