# EXHIBIT B

Defendant's Motion for Early Termination of Supervised Release, filed April 2, 2026 (S.D.N.Y. ECF No. 368)

Shivanand Maharaj
646-513-2506
smah@fastmail.com

April 2, 2025

The Honorable John G. Koeltl
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 14A
New York, NY 10007-1312

**Re: United States v. Shivanand Maharaj, Case No. 1:17-CR-169-JGK-2**

Dear Judge Koeltl:

I respectfully submit this letter in support of my request for early termination of supervised release pursuant to 18 U.S.C. § 3583(e)(1). I was released from the custody of the Bureau of Prisons on October 2, 2024, and began my 36-month term of supervised release under the supervision of the United States Probation Office for this District via the District of New Jersey.

I have now completed 18 months of supervision, exactly one-half of my term, without incident. I have complied fully with all conditions ordered by the Court, reported as required, remained current on restitution payments, and maintained all obligations set forth in my supervision agreement. I have had no violations of any kind.

I spoke with my supervising probation officer yesterday on April 1, 2026. The Probation Office has no objection to early termination at this time.

In light of my sustained compliance, the absence of any violation, the position of the Probation Office, and my adherence to all payment obligations, I respectfully request that the Court grant early termination of my supervised release.

Respectfully,
 /s/Shivanand Maharaj
Shivanand Maharaj
Pro Se