UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Brian R. Martinotti, U.S.D.J. |
| v. | : | Crim. No.: 25-47-BRM |
| SHIVANAND MAHARAJ | : | NOTICE OF APPEARANCE |

PLEASE TAKE NOTICE that Robert Frazer, United States Attorney for the District of New Jersey, by Michael A. Hardin, Assistant United States Attorney (Michael.Hardin@usdoj.gov), is appearing for the United States of America in the above-captioned matter.

ROBERT FRAZER
United States Attorney

*/s/ Michael A. Hardin*

By:  Michael A. Hardin
Assistant United States Attorney

Dated: July 20, 2026